IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GILDA H. DAVIS and** § | | |
| **JOSEPH DAVIS, JR.** § | | **PLAINTIFFS** |
| § | | |
| v. § | | **CAUSE NO. 1:10CV172 LG-RHW** |
| § | | |
| **BILOXI PUBLIC SCHOOL** § | | |
| **DISTRICT, ET AL.** § | | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss or for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendants' Motion [11] to Dismiss or, in the Alternative, For Summary Judgment, is **GRANTED**. Plaintiffs' claims against the Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Gilda H. Davis and Joseph Davis, Jr., are hereby **ENJOINED** from instituting any further action, in any state or federal court, based on the facts alleged in the Complaint, including any causes of action which could have been asserted as well as those which were asserted, without prior approval of this Court. **PLAINTIFFS ARE ADMONISHED THAT A VIOLATION OF THIS INJUNCTION IS TANTAMOUNT TO THE VIOLATION OF A COURT ORDER AND MAY**

RESULT IN SANCTIONS INCLUDING CONTEMPT OF COURT.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2011.

>   s/ *Louis Guirola, Jr.*
>   LOUIS GUIROLA, JR.
>   UNITED STATES DISTRICT JUDGE